No. 92–34. MUSICK, PEELER & GARRETT ET AL. *v.* EMPLOYERS INSURANCE OF WAUSAU ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 814.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–2024. LAMB'S CHAPEL ET AL. *v.* CENTER MORICHES UNION FREE SCHOOL DISTRICT ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 813.] Motion of respondents for divided argument denied.

No. 92–5584. MARTIN *v.* DISTRICT OF COLUMBIA COURT OF APPEALS ET AL. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1] denied.

No. 92–6036. FORD *v.* UNITED STATES. C. A. Fed. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 984] denied.

No. 92–6271. DEMOS *v.* SUPREME COURT OF WASHINGTON. Sup. Ct. Wash. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until January 4, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of certiorari.

No. 92–739. IN RE WHITE; and
No. 92–6117. IN RE LIFFITON. Petitions for writs of mandamus denied.

No. 92–733. IN RE CHEEVES ET AL.; and
No. 92–5804. IN RE FLEMING. Petitions for writs of mandamus and/or prohibition denied.

No. 92–486. UNITED STATES ET AL. *v.* EDGE BROADCASTING CO., T/A POWER 94. C. A. 4th Cir. Certiorari granted. ■